UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Antone Silva
Plaintiff,

v.                                                            Case No.: 1:19–cv–00429–MSM–LDA

State of Rhode Island, et al.
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. All factual discovery shall be completed by June 16, 2020

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by July 16, 2020

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by August 17, 2020

4. All expert discovery shall be completed by September 16, 2020

5. Dispositive motions shall be filed by October 16, 2020

The parties shall add any known additional defendants or third–party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

December 16, 2019                                    By the Court:

                                                     /s/ Mary S. McElroy
                                                     United States District Judge


U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Nissheneyra Urizandi 401–752–7214