UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTONE SILVA,<br>    *Plaintiff,*<br>v.<br><br>STATE OF RHODE ISLAND, TOWN OF TIVERTON, PATRICK W. JONES, Individually and as Chief of Police for the Tiverton Police Department, SERGEANT MICHAEL BARBOZA, JOSHUA PELLETIER and RYAN HUBER,<br>    *Defendants.* | C.A. No. 1:19-cv-00429-MSM-LDA |

## NOTICE OF APPEARANCE

I, Marc DeSisto, Esq. (#2757), hereby enter my appearance on behalf of Defendants, Town of Tiverton, Patrick W. Jones, individually and as Chief of Police for Tiverton Police Department, Sergeant Michael Barboza, Joshua Pelletier, and Ryan Huber; in the above-captioned matter.

 

Defendants,
By their Attorney,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
marc@desistolaw.com

*Silva v. Tiverton*
*C.A. No. 1:19-cv-429*

## CERTIFICATION OF SERVICE

I hereby certify, that on this 15th day of July 2020, I electronically served this document through the electronic filing system upon the following parties:

| | |
|---|---|
| Brian R. Cunha, Esq. (#4074) <br> brian@briancunha.com | Andrea Shea, Esq. (#9702) <br> ashea@riag.ri.gov |
| Alexander D. Schultheis, Esq. (#9534) <br> aschultheis@riag.ri.gov | |

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                                */s/ Marc DeSisto*