# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 1:19-CV-00429-WES-LDA

ANTONE SILVA,
Plaintiff

-VS-

STATE OF RHODE ISLAND, TOWN OF TIVERTON, PATRICK JONES, Individually and as Chief of Police for the Tiverton Police Department, SERGEANT MICHAEL BARBOZA, Town of Tiverton Police Officer, Individually and in his official capacity,
Defendants

VIDEOCONFERENCE DEPOSITION OF

MAUREEN PALAZZO, taken on behalf of the Plaintiff before Jennifer Bolarinho, a Commissioner in and for the State of Rhode Island, commencing at 1:57 p.m., on Wednesday, June 17, 2020, pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

* * * * *
Goudreau & Grossi
Court Reporting Service, Inc.
63 Winthrop Street
Taunton, Massachusetts  02780
(508) 823-4659

```
 1   Q    I'm sorry.  He was arrested on September 10.
 2        September 10.  All right.  Could you look at
 3        the -- strike that.
 4                 Could you look at the next Odyssey
 5        case information sheet for September 10, 2018.
 6                 MR. SCHULTHEIS:  Yeah.  We got it.
 7   Q    Okay.  So this is another printout of your
 8        Odyssey system information on the computer at
 9        the court; is that right?
10   A    Yes.
11                 MR. CUNHA:  This will be Exhibit 3,
12        Jen.
13   Q    And it looks like, according to this, again,
14        it's State of Rhode Island versus Antone Silva.
15        It's dated September 10, 2018; right?
16   A    Yes.
17   Q    And again, it's for violation of the no contact
18        order; right?
19   A    Yes.
20   Q    And that's the no contact order which was
21        dismissed on June 21; right?
22   A    Yes.
23   Q    And then it looks like the State -- it looks
24        like it was closed on the same day,
```

```
 1          September 10; is that right?
 2     A    Yes.
 3     Q    So it was opened and closed on the same day.
 4          And if you go to the next page, and a little bit
 5          more than halfway down, it says, "Order accepted
 6          into BCI."  Do you know what that means?
 7     A    The order accepted into BCI is when we issue the
 8          no contact order, it goes over to the BCI, which
 9          we call --
10     Q    Okay.  Okay.  And then underneath that is the
11          same day, protection order was removed and
12          terminated; right?
13     A    Correct.
14     Q    Do you know why it was terminated?
15     A    It was dismissed, 48A.
16     Q    Okay.  And again, it says "Update J-LINK to the
17          Tiverton Police Department"; right?
18     A    Yes.
19     Q    So presumably again this was sent to the
20          Tiverton Police Department; right?
21               MR. BURNS:  Objection.
22     A    If they're hooked up to the J-LINK.
23     Q    Right.  And are you aware he was arrested a
24          second time after this?
```

```
 1          September 10; is that right?
 2     A    Yes.
 3     Q    So it was opened and closed on the same day.
 4          And if you go to the next page, and a little bit
 5          more than halfway down, it says, "Order accepted
 6          into BCI."  Do you know what that means?
 7     A    The order accepted into BCI is when we issue the
 8          no contact order, it goes over to the BCI, which
 9          we call --
10     Q    Okay.  Okay.  And then underneath that is the
11          same day, protection order was removed and
12          terminated; right?
13     A    Correct.
14     Q    Do you know why it was terminated?
15     A    It was dismissed, 48A.
16     Q    Okay.  And again, it says "Update J-LINK to the
17          Tiverton Police Department"; right?
18     A    Yes.
19     Q    So presumably again this was sent to the
20          Tiverton Police Department; right?
21               MR. BURNS:  Objection.
22     A    If they're hooked up to the J-LINK.
23     Q    Right.  And are you aware he was arrested a
24          second time after this?
```

1    MR. CUNHA: So, Alex, I'm going to
2    ask you if you could just send me the protective
3    order tab for those two days. Okay? June 21
4    and September 10.
5    MR. SCHULTHEIS: Okay.
6  Q  Did you look at that protective order tab prior
7    to today's deposition?
8  A  Yes.
9  Q  And you were able to determine that, in fact,
10   the termination of the no contact order was
11   checked off and was submitted to RONCO?
12 A  Yes.
13 Q  Do you have any information at all as to why
14   Mr. Silva was arrested a second time based upon
15   any conversations with anyone in your office?
16 A  No.
17 Q  Okay. How about outside your office, other than
18   the attorneys that are representing the State?
19 A  No.
20 Q  Did you talk to -- who's the person that checked
21   off the no contact tab? Was that Tracey too?
22 A  That entered it?
23 Q  Yes.
24 A  She entered the no contact order on 9/10.

```
 1              MR. SCHULTHEIS:  Okay.
 2     Q   Did you ever talk to Tracey Silva about the fact
 3         that she did -- what's that tab called?  The no
 4         contact order tab or termination tab?  What's
 5         that called?
 6     A   Protective order tab.
 7     Q   Protective order tab.  Did you ever talk to her
 8         after the event -- after the second arrest,
 9         whether she checked off the termination of the
10         no contact order on September 10?
11              MR. SCHULTHEIS:  Objection.  Outside
12         the scope, but you can answer.
13     Q   You may answer.
14     A   I talked to Tracey Furtado?
15     Q   Right.
16     A   Did I talk to her after?
17     Q   Yes, yes.
18     A   Repeat your question for me.  I'm sorry.
19     Q   Yeah.  You testified earlier that she did not
20         check off the termination of the no contact
21         order after June 21.  But you did say that she
22         did check off the termination of the no contact
23         order after -- on September 10.  Did you ever
24         talk to her about that fact from then until now
```

```
 1                 C E R T I F I C A T E
 2              I, Jennifer Bolarinho, a
 3  Commissioner within and for the State of
 4  Rhode Island, duly commissioned, qualified and
 5  authorized to administer oaths and to take and certify
 6  depositions, do hereby certify that heretofore, to
 7  wit, on the 17th day of June, 2020, remotely appeared
 8  before me Maureen Palazzo in the afore-captioned cause
 9  now pending in the United States District Court, State
10  of Rhode Island; that the witness was by me duly sworn
11  to testify to the truth, the whole truth, and nothing
12  but the truth; that thereupon and while said witness
13  was under oath, the within deposition was taken down
14  by me in shorthand at the time and place herein named
15  and was thereafter reduced to typewriting under my
16  supervision.
17              I further certify that I am not
18  interested in the event of the action.
19              IN WITNESS WHEREOF, I have hereunto
20  subscribed my hand and affixed my seal of office this
21  24th day of June, 2020.
22                          _____
                                       Commissioner
23  My Commission expires January 31, 2023.
24
```