# **Exhibit Z**

1    A    It was an affidavit and arrest warrant from our

2         department which happened to be a violation of a

3         no contact order.

4    Q    So now you've arrested him twice for violation

5         of a no contact order.  Did Mr. Silva advise you

6         that this no contact order had been terminated?

7                    MR. BURNS:  Objection.  You can

8    answer.

9    A    I don't recall.  I told him that he had a

10        warrant and that was the reason for my contact

11        with him, and he stated that he did not have a

12        warrant.

13   Q    Right.  But the warrant was for violation of the

14        no contact order; right?

15                   MR. SCHULTHEIS:  Objection.

16   Q    Right?

17   A    Yes.

18   Q    In fact, that's what your report specifically

19        states.  It says that you were working a casino

20        detail.  It says that you knew him from prior

21        contact.  So you knew him; right?

22   A    Yes.

23   Q    And you saw him with Darcie Silva again;

24        right?

```
 1              MR. BURNS:  Objection.  You can
 2      answer.
 3   A  I don't believe Darcie was there that night.
 4   Q  All right.  And you arrested him again for the
 5      same violation of the same no contact order that
 6      you had arrested him several months earlier in
 7      September; right?
 8              MR. BURNS:  Objection.  You can
 9      answer.
10              MR. SCHULTHEIS:  Objection.
11   A  Yes.  I believe it was -- I don't know if it was
12      the same order from the original arrest back in
13      September, but it was a violation of a no
14      contact order.
15   Q  And you don't recall if Mr. Silva said, "Wait a
16      minute.  This has been terminated.  I was
17      arrested earlier and I went to court and they
18      threw it out because the no contact order was
19      terminated."  He told you that; right?
20              MR. BURNS:  Objection.
21   A  He told me that he didn't have a warrant.
22   Q  Well, he told you the no contact order had
23      ended.  It terminated.  It's gone; right?
24              MR. SCHULTHEIS:  Objection.
```

```
 1        that would be the same thing.  I would let them
 2        go and tell them to contact the courts and get
 3        that squared away.
 4   Q    Okay.  Sergeant Barboza had never communicated
 5        any information to you about this September 10
 6        order being dismissed?
 7   A    That's not common practice in our department.
 8        When cases go to court, we -- as a patrol, we
 9        rarely ever, you know, follow-up with any of our
10        pending cases, unless we have to go to trial or
11        situations like this.
12             MR. SCHULTHEIS:  I don't think I have
13        any further questions.  Thank you, Sergeant.
14             MR. CUNHA:  I just want to clarify.
15
16                    EXAMINATION
17   Q    (By Mr. Cunha)  So you arrested him on
18        September 10 -- I mean September 8.  I'm sorry.
19        And on September 10, two days later, the case
20        was dismissed.  Is that your understanding?
21   A    That is my understanding, yes.
22   Q    Did Sergeant Barboza ever tell you the case had
23        been dismissed?
24   A    No.
```