# **Exhibit AA**

## Tiverton Police Department

PERSONNEL NARRATIVE FOR DETECTIVE JOSHUA D PELLETIER

Ref: **18-493-AR**

Entered: 12/29/2018 @ 0150   Entry ID: JDP
Modified: 12/29/2018 @ 0157   Modified ID: JDP

On 12/28/2018 at approximately 2324 hours I, Detective Pelletier was working a casino detail observed a male known to me from prior contacts as Antone Silva inside the casino. I had dispatch ran a warrant check on Silva at which time dispatch confirmed that Silva had an active affidavit and arrest warrant from our town for violation of a no contact order. I requested another unit and approached Silva and advised him that he was going to be escorted from the casino to the front lobby due to him having a warrant.

Silva was intoxicated and stated that he did not have a warrant and that we get enjoyment out of arresting him inside the casino. I advised to him that it was confirmed that he had an active warrant from a prior incident and that he would need to leave the casino with me. Silva was escorted to the front lobby where I met Officer Parrillo. I then placed Silva in handcuffs, patted him down and placed him in the rear of Officer Parrillo's cruiser. Officer Parrillo then transported Silva back to police HQ where him and Officer Leduc processed him. Silva was photographed, finger printed and given multiple phone calls. Silva was then placed into cell #3.

_____   12/25/18
Officer Signature        Date
DETECTIVE JOSHUA D PELLETIER    12/29/2018