# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Antone Silva | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | :   Case No. 19-cv-429MSM |
| | : |
| | : |
| State of RI, et al | : |
|     Defendant. | : |

## TRIAL NOTICE

The above-captioned case will begin jury empanelment March 21, 2022. Trial counsel must be present for the empanelment of the jury unless excused by the Court.

On or before **February 28, 2022** each party must file the following:

1. A Pretrial Memorandum that contains:
    a. A brief description of the facts;
    b. A brief analysis of the law that applies to this case;
    c. Identification of any evidentiary issues that may arise;
    d. Estimated length of trial; and
    e. Any other trial matters the parties wish to bring to the Court's attention.

2. A List of Witnesses and a List of Exhibits.

3. Jury Instructions and any proposed verdict form.

4. Any motions in limine (objections are due 7 days after they are filed)

**Two weeks before trial**, each party must provide to the Court a pdf version of all their pre-marked exhibits. They can be uploaded here:

https://ridusc.app.box.com/f/29cba7989d1f4cb28259b592da310e06

The Court reminds counsel that the parties should make every effort to settle the case before jurors are summoned for empanelment. The Court may assess jury costs and/or counsel fees against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

      Counsel are instructed to keep the clerk for the undersigned judge informed of the status of the above-captioned case.

By the Court:

/s/ Mary S. McElroy, US District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter, carrie_potter@rid.uscourts.gov