d in Newport County Superior Court
omitted: 1/24/2022 10:48 AM
elope: 3457272
iewer: Sandy L.

Case 1:19-cv-00429-MSM-LDA   Document 89-1   Filed 03/09/22   Page 1 of 1 PageID #: 1016

## STATE OF RHODE ISLAND

**STATE OF RHODE ISLAND**　　　　　　　　　　　　　　　　**NEWPORT, SC**

vs.

**ANTONE SILVA**

### CRIMINAL INFORMATION AFFIDAVIT

I, **Dt Sgt Joshua Pelletier**, a peace officer of the City/Town of Tiverton, County of NEWPORT, State of Rhode Island, being duly sworn by the (Special) Assistant Attorney General, of the State of Rhode Island, do hereby make affidavit and upon oath, depose and say that the matters contained herein have been investigated by my department and I have knowledge thereof and that the facts contained herein are true to the best of my knowledge and belief.

Attached hereto and made a part hereof is a Police Narrative with exhibits attached thereto, upon which I rely to further demonstrate the existence of probable cause to believe that the offense(s) charged in the Information have been committed and that the defendant(s) committed the offense(s).

_____
Officer's Signature

Signed and sworn to before me at Newport on the __3__ day of __December__, A.D., 2021.

_____
(Special) Assistant Attorney General
Designated by the Attorney General

**Exhibit No. 1**