**SRA150 - DISPATCHER SEANNA AMARU**
Correlation Id: X001069842 07/04/2021 21:36:33   RI0030520   SRA150
  Query Type: NCIC QR
Original Query: QR.RI0030520.FBI/917567VC7.PUR/C.ATN/OFFICER
GLAVIN.REA/ARREST.OPR/150.DPT/Tiverton Police Department.ADR/20 INDUSTRIAL
WAY.CIS/TIVERTON,RI.ZIP/02878

**RICCH Response:**
FR.RICCH0000.RI0030520.*X001069842.


THIS RESPONSE IS BASED ON YOUR INQUIRY OF
FBI/917567VC7 PUR/C ATN/OFFICER GLAVIN


BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME A NEW COPY
SHOULD BE REQUESTED FOR SUBSEQUENT USE.


                STATE OF RHODE ISLAND
              DEPARTMENT OF ATTORNEY GENERAL
                 CRIMINAL HISTORY RECORD
                  JUL 04 2021 21:07:33

================================================================
                        IDENTIFICATION

SID NUMBER
RI10415618                [REDACTED]

NAME:           SILVA, ANTONE
ALIAS:          SILVA, ANTONE J

DATE(S) OF BIRTH:
                01-21-1982
                01-20-1982
                01-18-1982

SEX    RACE    HEIGHT    WEIGHT    EYE    HAIR
M      W       600       200       BRO    BRO

III STATUS
MULTI-STATE OFFENDER

OCCUPATION:     LANDSCAPING
                LANDSCAPING / CONSTRUCTION
                OWNER
                LANDSCAPER

ADDRESS:        45 ASH AVE TIVERTON RI         (11-08-2017)
                185 STAFFORD RD TIVERTON RI 02878      (04-14-2018)
                185 STAFFORD ROAD, TIVERTON, RI 02878  (09-13-2018)
                185 STAFFORD RD, TIVERTON, RI 02878    (12-29-2018)

================================================================
                        CRIMINAL HISTORY
======================= CYCLE 1 ================================
------ ARREST ------

Exhibit 7