Filed in Newport County Superior Court
Submitted: 1/26/2022 10:48 AM
Envelope: 3451272
Reviewer: Sandy M.

Case 1:19-cv-00429-MSM-LDA  Document 89-3  Filed 03/09/22  Page 1 of 1 PageID #: 1018

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| 2-175 | 2nd | 21-390-AR |

| STATE EX REL | VS. DEFENDANT (NAME and ALIAS) |
|---|---|
| | ANTONE J SILVA  Alias- J. Doe |

| DEFENDANT ADDRESS AND PHONE | | | |
|---|---|---|---|
| 185 STAFFORD RD | TIVERTON | RI | 978-994-5409 |
| STREET | CITY | STATE | PHONE |

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|---|---|---|
| 01/20/1982 | 10415618 | | RI-9831379 | | |

| OFFENSE DATE | OFFICER/COMPLAINANT | PRE-ARRAIGN CONF. DATE | TRIAL DATE |
|---|---|---|---|
| 07/04/2021  ☐ DIVERS DATE | | Screening 12/2/21 | |

| POLICE DEPT./COMPLAINANT ADDRESS | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
|---|---|---|
| Tiverton Police Department, 20 INDUSTRIAL WAY | | |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X [signature] 430 | 7-4-2021 | X [signature] | 7/4/21 |

## INITIAL APPEARANCE

| APPEARANCE DATE | BAIL FOR ALL ACCOUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| 7/4/21 | $1,000.00 w/ surety | 10/14/21 | Francis Holbrook |

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 10/15/21 | ☐ YES ☐ NO | ☐ YES ☐ NO | No Plea | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $ 2000 w/s requested | | ☒ PRIVATE ☐ COURT APPT ☐ P.D. | X [signature] |

| COUNT 1 | STATUTE(S) VIOLATED 11-13-1 | ☒ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |

### SALE, USE OR POSSESSION OF FIREWORKS
"Did Possess Class C Common Fireworks In Violation of RIGL: §11-13-1."

| DISPOSITION | | SENTENCE IMPOSED |
|---|---|---|
| ☐ DISMISSAL | ☐ NOT GUILTY FINDING | |
| ☐ GUILTY PLEA | ☐ CASE FILED 1 YEAR | |
| ☒ NOLO PLEA | ☐ INFO/TRUE BILL | |
| ☐ GUILTY FINDING | ☐ NO INFO/NO TRUE BILL | |
| | ☐ OTHER | |

| PROCEEDING | | | | APPEAL TAKEN ☐ | JUDGE X | DATE |
|---|---|---|---|---|---|---|
| ☐ ARRAIGN | ☐ PRE TRIAL | ☐ TRIAL | ☐ OTHER | | | |

| COUNT 2 | STATUTE(S) VIOLATED | ☐ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |

| DISPOSITION | | SENTENCE IMPOSED |
|---|---|---|
| ☐ DISMISSAL | ☐ NOT GUILTY FINDING | |
| ☐ GUILTY PLEA | ☐ CASE FILED 1 YEAR | |
| ☐ NOLO PLEA | ☐ INFO/TRUE BILL | |
| ☐ GUILTY FINDING | ☐ NO INFO/NO TRUE BILL | |
| | ☐ OTHER | |

| PROCEEDING | | | | APPEAL TAKEN ☐ | JUDGE X | DATE |
|---|---|---|---|---|---|---|
| ☐ ARRAIGN | ☐ PRE TRIAL | ☐ TRIAL | ☐ OTHER | | | |

| COUNT 3 | STATUTE(S) VIOLATED | ☐ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |

EXHIBIT 6