

STATE OF RHODE ISLAND

KENT CASE
SCHEDULING OFFICE

FEB 0 4 REC'D

SUPERIOR COURT
NOTICE OF HEARING

SUPERIOR COURT
ANTONE SILVA
45 ASH AVE
TIVERTON, RI  02878

| State of Rhode Island<br>v.<br>**Defendant**<br>ANTONE SILVA | **Case Number**<br>N2-2022-0021A |
|---|---|
| | **Bureau of Criminal Identification Number**<br>RI 10415618 |
| Murray Judicial Complex<br>Newport County<br>45 Washington Square<br>Newport, RI 02840<br>*(401) 841-8330 | |

The above-referenced case has been scheduled for **Arraignment.** Please report to Associate Justice Maureen B. Keough in Newport Courtroom 2 at the court location listed above on **02/17/2022** at 9:30 AM.

If you have any questions regarding this procedure, please contact the Scheduling Office at (401) 822-6923.

**If you fail to appear, a warrant may issue for your arrest.**

| This Notice of Hearing was generated on 1/24/2022. | Scheduling Office |
|---|---|

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

* If an accommodation for a disability is necessary, please contact the Superior Court Clerk's Office at the telephone number listed above in the court location as soon as possible. TTY users can contact the Superior Court through Rhode Island Relay at 7-1-1 or 1-800-745-5555 (TTY) to voice number.

SC-CR-CMS-8 (revised November 2016)



STATE OF RHODE ISLAND
Superior Court
*Case Scheduling Office - Kent*
Noel Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

KENT CASE
SCHEDULING OFFICE

FEB 0 4 REC'D

SUPERIOR COURT

PRESORTED
FIRST CLASS

US POSTAGE ᵐᵈPITNEY BOWES
ZIP 02908 $ 000.42⁶
02 4W
0000377685 JAN. 27. 2022

NIXIE    015    FE 1260    0002/02/22
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 02886018699    *1669-02283-02-29